IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JARROD B. FOSTER, on behalf
of himself and all others similarly situated,

    Plaintiffs,

v.                                                    No. CIV-15-1047 CG/LAM

NOVA HARDBANDING, LLC and
KENNETH BROMLEY,

    Defendants.

## ORDER ADOPTING JOINT STATUS REPORT AND PROVISIONAL DISCOVERY PLAN WITH CHANGES AND SETTING CASE MANAGEMENT DEADLINES

At the Rule 16 scheduling conference held on September 22, 2016, the Court reviewed the attorneys' Joint Status Report and Provisional Discovery Plan [*Doc. 75*], filed September 6, 2016, and adopted it as modified by the dates provided in the Court's Scheduling Order, filed concurrently with this Order.

**IT IS SO ORDERED.**

_____
**LOURDES A. MARTÍNEZ
UNITED STATES MAGISTRATE JUDGE**