# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

JARROD B. FOSTER,

    Plaintiff,

v.                                                                                                     No. CV 15-1047 CG/KRS

NOVA HARDBANDING, LLC, et al.,

    Defendants.

## ORDER GRANTING IN PART MOTION TO STAY

**THIS MATTER** is before the Court on the parties' *Joint Notice of Settlement and Motion to Stay*, (Doc. 102), filed May 3, 2017, wherein the parties state that they have reached an agreement to settle this case and ask the Court to stay all proceedings in this case, including all pending deadlines, until June 19, 2017. The Court, having reviewed the Motion, noting it is unopposed, and being otherwise fully advised, finds that the Motion is well-taken and should be **GRANTED IN PART AND DENIED IN PART**.

    **IT IS THEREFORE ORDERED** that all pending deadlines in this case are hereby **STAYED** based on the parties' notification that this case has settled. The parties' request to stay all proceedings in this case is denied.

    **IT IS FURTHER ORDERED** that the parties shall submit closing documents by **June 19, 2017.**

                                                                          _____
                                                                          THE HONORABLE CARMEN E. GARZA
                                                                          UNITED STATES MAGISTRATE JUDGE