UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

JARROD B. FOSTER,

    Plaintiff,

v.      No. CV 15-1047 CG/KRS

NOVA HARDBANDING, LLC, et al.,

    Defendants.

### ORDER GRANTING JOINT MOTION TO FILE UNDER SEAL

**THIS MATTER** comes before the Court on the parties' *Joint Motion to File Under Seal*, (Doc. 106), filed June 19, 2017. The parties in this Fair Labor Standards Act collective action have settled their claims. In their motion, the parties state that they intend to file a Joint Motion to Approve Confidential Settlement Agreement with a copy of the settlement agreement to facilitate the Court's review of its fairness. The parties seek to file these documents under seal to protect the confidentiality of the settlement amount and terms. The Court, having reviewed the Motion, being fully advised of the premises, and noting that it is unopposed, finds that the Motion is well-taken and should be **GRANTED**.

**IT IS HEREBY ORDERED** that the parties may file their Joint Motion to Approve Confidential Settlement Agreement and its Exhibit under seal.

**IT IS FURTHER ORDERED** that the deadline to file closing documents in this case is **STAYED** until the Court approves the settlement.

**IT IS SO ORDERED.**

THE HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE